**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| AN QUOC VO, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1225333 |
| | § | |
| THE LUBRIZOL CORPORATION, | § | |
| | § | |
| *Defendant.* | § | |

**<u>Declaration of BENITA R. BURTON</u>**

| | |
|---|---|
| STATE OF OHIO | § |
| | § |
| COUNTY OF LAKE | § |

1. My name is Benita R. Burton. I am over the age of twenty-one (21) years. I am fully and legally competent to make this Declaration. I am personally acquainted with and have personal knowledge of the facts stated herein and they are true and correct.

2. I am employed as the Senior Manager of Corporate Governance for The Lubrizol Corporation. In my role as the Senior Manager of Corporate Governance, I have knowledge of The Lubrizol Corporation's state of incorporation and principal place of business.

3. The Lubrizol Corporation is incorporated in the State of Ohio, and maintains its principal place of business in Wickliffe, Ohio.

4. I state under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2024.

Benita R. Burton

EXHIBIT

A