Docket Number: 1225333

| | | |
|---|---|---|
| AN QUOC VO | § | IN THE COUNTY CIVIL COURT |
| | § | |
| VS. | § | AT LAW NO. County Civil Court at Law No. |
| | § | 4 |
| THE LUBRIZOL CORPORATION | § | HARRIS COUNTY, TEXAS |

## CASE MANAGEMENT ORDER and NOTICE OF INTENT TO DISMISS

It is ordered that a Case Management setting has been set on 7/9/2024; at 3:30 PM.. **No appearance required**

YOUR CASE SHALL BE DISMISSED FOR WANT OF PROSECUTION UNLESS:

a) Prior to the setting, all necessary parties have been properly joined;

b) Proper parties are served with citation;

c) A default judgment has been filed 14 days ahead of this setting;

d) Within 90 days of filing the lawsuit, a TRCP Rule 106 motion is filed;

e) Where applicable, your citation is filed with the Secretary of State 90 days from the date of filing the lawsuit.

**Failure to perfect service within 180 days of the filing of a lawsuit subjects the case to dismissal for want of prosecution, in accordance with TRCP 165(a).**

Signed on: 4/3/2024

Manpreet Monica Singh
Judge Presiding

MINH-TAM (TAMMY) TRAN
23 SWAN ISLE BLVD
MISSOURI CITY TX  77459

**EXHIBIT D**

Form No. CV00001 (Rev. 3/12/2024)