## County Civil

**Case Number**
1225333

**Court**
All

**Status**
-All

**File Date (From)**
MM/DD/YYYY

**File Date (To)**
MM/DD/YYYY

SEARCH    CLEAR

◉ Party  ◯ Attorney  ◯ Company

**Last Name**

**First Name**

**Bar Card Number**

**File Date (From)**
MM/DD/YYYY

**File Date (To)**
MM/DD/YYYY

SEARCH    CLEAR

6 Record(s) Found.

| Case | File Date | Type Desc | Subtype | Style | Status | Judge |
|---|---|---|---|---|---|---|
| 1225333 | 04/01/2024 | CONTRACT - CONSUMER/COMMERCIAL/DEBT | | AN QUOC VO VS THE LUBRIZOL CORPORATION | Open | MANPREET SINGH |

| Event Date | Event Desc | Comments | | Pgs |
|---|---|---|---|---|
| 05/10/2024 | Original Petition Citation Issued | M/O ATTY | Original Petition Citation | 1 |

**EXHIBIT E**

| 05/09/2024 | Request | Paying for Service Copies | Request for Issuance of Citation | 1 |
| 04/15/2024 | Letter From Citation Clerk | M/O ATTY | Letter from Citation Clerk | 1 |
| 04/11/2024 | Citation to Be Issued | | Request for Issuance of Citation | 1 |
| 04/01/2024 | eFile Original Petition | | Plaintiff's Original Petition | 9 |
| 04/01/2024 | Original Petition (OCA) | | | |