IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AN QUOC VO, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:24-cv-2459 |
| THE LUBRIZOL CORPORATION, | § § § | |
| *Defendant.* | § | |

## INDEX OF MATTERS BEING FILED

The following matters, which are attached as exhibits to Defendant The Lubrizol Corporation's Notice of Removal, have been filed:

- Exhibit A – Declaration of Benita R. Burton;

- Exhibit B – Plaintiff's Original Petition;

- Exhibit C – Citation of Process;[1]

- Exhibit D – Case Management Order and Notice of Intent to Dismiss;

- Exhibit E – State Court Action Docket Sheet;

- Exhibit F – Index of Matters Being Filed; and

- Exhibit G – List of All Counsel of Record.

---

[1] As of the date of this filing, an executed citation has not been filed.

**EXHIBIT F**