# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| AN QUOC VO, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:24-cv-2459 |
| THE LUBRIZOL CORPORATION, | § § § | |
| *Defendant.* | § § | |

## LIST OF ALL COUNSEL OF RECORD

The following is a list of all counsel of record, including addresses, telephone numbers and parties represented:

**Plaintiff's Counsel:**

Minh-Tam Tran
State Bar No. 20186400
THE TAMMY TRAN LAW FIRM
4900 Fournace Place, #418
Bellaire, Texas 77401
Telephone: (713) 655-0737
Email: ttran@tt-lawfirm.com

**ATTORNEYS FOR PLAINTIFF
AN QUOC VO**

EXHIBIT G

**Defendant's Counsel:**

Diana Pérez Gomez
State Bar No. 24041674
Federal I.D. No. 606231
Leslie T. Tan
State Bar No. 24046998
Federal I.D. No. 635202
CHAMBERLAIN, HRDLICKA, WHITE,
    WILLIAMS & AUGHTRY, P.C.
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone:  (713) 658-1818
Facsimile:  (713) 658-2553
Email: diana.gomez@chamberlainlaw.com
Email: leslie.tan@chamberlainlaw.com

**ATTORNEYS FOR DEFENDANT
THE LUBRIZOL CORPORATION**